```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 15222
   THEODORE NEWSON
   RUBIE L NEWSON                             CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1266    SSN XXX-XX-4075

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/16/2004 and was confirmed 07/07/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  75.02%.

     The case was paid in full 08/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE  SECURED           7650.00        798.45       7650.00
AMERICREDIT FINANCIAL SE  UNSECURED         2459.51           .00       1845.17
WELLS FARGO BANK MINNESO  CURRENT MORTG         .00           .00            .00
BEST BUY                  UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED         4300.03           .00       3225.97
CAPITAL ONE BANK          UNSECURED          824.73           .00        618.73
CAPITAL ONE BANK          UNSECURED OTH     630.96           .00        473.26
CENTURY LIQUIDATION INC   UNSECURED        NOT FILED          .00            .00
CHARTER ONE               UNSECURED        NOT FILED          .00            .00
AT & T WIRELESS           UNSECURED        NOT FILED          .00            .00
ASSET ACCEPTANCE CORP     UNSECURED          560.81           .00        420.73
ECAST SETTLEMENT CORP     UNSECURED          721.57           .00        541.34
COMPUSERVE                UNSECURED        NOT FILED          .00            .00
CONSECO FINANCE           UNSECURED        NOT FILED          .00            .00
DIRECT MERCHANTS BANK     UNSECURED        NOT FILED          .00            .00
DISCOVER CARD             UNSECURED        NOT FILED          .00            .00
SHOPPERS CHARGE ACCOUNTS  UNSECURED          275.35           .00        206.57
ECAST SETTLEMENT CORP     UNSECURED         4698.43           .00       3524.86
IMH LABORATORY PHYSICIAN  UNSECURED        NOT FILED          .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED          .00            .00
J C PENNEY                UNSECURED        NOT FILED          .00            .00
J C PENNEY                UNSECURED        NOT FILED          .00            .00
KOHLS                     UNSECURED         1634.34           .00       1226.11
LAKE STATES INSURANCE     UNSECURED        NOT FILED          .00            .00
MBNA AMERICA              UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED         1793.72           .00       1345.68
NATIONAL TIRE AND BATTER  UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED         1386.97           .00       1040.53
RADIO SHACK               UNSECURED        NOT FILED          .00            .00
MARSHALL FIELDS           UNSECURED        NOT FILED          .00            .00
TARGET RETAILERS NATIONA  UNSECURED        NOT FILED          .00            .00
TARGET RETAILERS NATIONA  UNSECURED        NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 15222 THEODORE NEWSON & RUBIE L NEWSON
```

```
AT & T BANKRUPCTY         UNSECURED          468.69            .00         351.62
PORTFOLIO RECOVERY ASSOC  UNSECURED         2417.81            .00        1813.89
ST MARGARET HEALTH CENTE  UNSECURED          100.00            .00          75.02
WHITEHALL JEWELERS        UNSECURED       NOT FILED            .00            .00
WELLS FARGO BANK MINNESO  MORTGAGE ARRE    3665.75            .00        3665.75
ARROW FINANCIAL SERVICES  UNSECURED         1042.25            .00         781.92
ARROW FINANCIAL SERVICES  UNSECURED          251.55            .00         188.72
LEDFORD & WU              DEBTOR ATTY     1,694.00                      1,694.00
TOM VAUGHN                TRUSTEE                                       1,811.68
DEBTOR REFUND             REFUND                                        1,511.64
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               34,811.64

PRIORITY                                              .00
SECURED                                         11,315.75
    INTEREST                                       798.45
UNSECURED                                       17,680.12
ADMINISTRATIVE                                   1,694.00
TRUSTEE COMPENSATION                             1,811.68
DEBTOR REFUND                                    1,511.64
                      ---------------         ---------------
TOTALS                34,811.64                 34,811.64

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

                                 /s/ Tom Vaughn
   Dated: 01/14/08               _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE